UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL LOPEZ,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>228 EAST 116 LLC and QUESADILLAS MATY GROCERY & DELI, CORP.,<br><br>                    Defendants. | 22 Civ. 7135 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 1, 2023, Plaintiff served the First Amended Complaint on Defendant Quesadillas Maty Grocery & Deli, Corp. (Dkt. #46). While Defendant 228 East 116 LCC has answered the First Amended Complaint, Defendant Quesadillas Maty Grocery & Deli, Corp. has neither answered nor appeared in this action. Further, the parties have not filed the required submissions prior to the Court's initial pretrial conference in this case. Accordingly, the initial pretrial conference scheduled to take place on March 15, 2023, is hereby **ADJOURNED *sine die***. Plaintiff is directed to obtain a certificate of default against Defendant Quesadillas Maty Grocery & Deli, Corp. by **March 17, 2023**. Thereafter, Plaintiff is directed to promptly move for a default judgment. Plaintiff and Defendant 228 East 116 LLC are directed to submit a joint letter and proposed case management plan by **March 22, 2023**.

SO ORDERED.

Dated: March 13, 2023
        New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge